No. 95–2031. YOUNG ET AL. *v.* FORDICE ET AL. D. C. S. D. Miss. [Probable jurisdiction noted, 518 U. S. 1055.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–79. BOGGS *v.* BOGGS ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 957.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–1858. VACCO, ATTORNEY GENERAL OF NEW YORK, ET AL. *v.* QUILL ET AL. C. A. 2d Cir. [Certiorari granted, 518 U. S. 1055.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Wayne County, Michigan, for leave to file a brief as *amicus curiae* granted.

No. 96–110. WASHINGTON ET AL. *v.* GLUCKSBERG ET AL. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1057.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Wayne County, Michigan, for leave to file a brief as *amicus curiae* granted.

No. 96–568. ONCALE *v.* SUNDOWNER OFFSHORE SERVICES, INC., ET AL. C. A. 5th Cir.; and
No. 96–577. TRISTAR CORP. *v.* FREITAS ET AL. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 96–6834. IN RE VALENCIA; and
No. 96–6835. IN RE KING. Petitions for writs of habeas corpus denied.

No. 96–6344. IN RE REIMAN; and
No. 96–6356. IN RE JOHNSON. Petitions for writs of mandamus denied.

No. 95–1641. BRABSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.